

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00450-CV

Velma **SAN MIGUEL,**
Appellant

v.

**PLAINSCAPITAL BANK,** Trustee of The Guerra Mineral Trust.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

The Second Unopposed Motion to Extend Time to File Appellee's Brief is hereby GRANTED. Time is extended to February 1, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court